**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                Government,

            - against -

Michael Scott,

                Defendant.
-------------------------------------------------------------x

11 Cr 457 (RMB)

**ORDER**

The conference in this matter is rescheduled from 9:30 am December 11, 2019 to 12:30 pm on December 11, 2019.

Dated: New York, New York
       December 9, 2019

_____
**RICHARD M. BERMAN**
**U.S.D.J.**